IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEWIS RAY                                                    PLAINTIFF

  v.      Civil No. 06-6028

CORRECTIONAL MEDICAL SERVICES,
OUACHITA RIVER CORRECTIONAL UNIT,
and DR. JONAK                                                DEFENDANTS

## ORDER

Now on this 28th day of August 2006, there comes on for consideration the report and recommendation filed herein on August 11, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, we find Plaintiff has failed to comply with this Court's order to return a properly completed in forma pauperis application or pay the $350.00 filing fee no later than July 21, 2006. Plaintiff's case is hereby DISMISSED on the grounds that Plaintiff has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

IT IS SO ORDERED.

            /s/ Robert T. Dawson
            Honorable Robert T. Dawson
            United States District Judge